IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY PRESLEY,<br><br>      Plaintiff,<br><br>v.<br><br>TRILLIUM THERAPEUTICS INC., LUKE BESHAR, SCOTT MYERS, HELEN TAYTON-MARTIN, MICHAEL KAMARCK, PAOLO PUCCI, PAUL WALKER, CATHERINE MACKEY, AND JAN SKVARKA,<br><br>      Defendants. | Civil Action No. 1:21-cv-08216-JPO |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Amy Presley hereby voluntarily dismisses her claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 24, 2021

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*